**No. 10-156. Gene Scroggy, Warden, Petitioner v. Eugene Gall.**

562 U.S. 1082, 131 S. Ct. 642, 178 L. Ed. 2d 512, 2010 U.S. LEXIS 9133.

November 29, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 603 F.3d 346.

**No. 10-196. Friends of the Everglades, et al., Petitioners v. South Florida Water Management District, et al.**

**No. 10-252. Miccosukee Tribe of Indians of Florida, Petitioner v. South Florida Water Management District, et al.**

562 U.S. 1082, 131 S. Ct. 643, 178 L. Ed. 2d 512, 2010 U.S. LEXIS 9265.

November 29, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of these petitions.

Same cases below, 570 F.3d 1210.